### Commonwealth *v.* Berrier, Appellant.

Submitted December 7, 1970. *John R. Walker*, Assistant Public Defender, and *Blake E. Martin*, Public Defender, for appellant; *David S. Dickey*, Assistant District Attorney, and *Jay L. Benedict*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Black, Appellant.

Submitted December 7, 1970. *Arthur S. Kafrissen*, and *Halbert, Kanter, Hirschhorn & Gilson*, for appellant; *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.